IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE THOMAS, | No. C 16-0915 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| EDWARD D. COHEN. | (Dkt. No. 2) |
| Defendants. | |

    Plaintiff is an inmate at the Solano County Jail in Fairfield, California. He claims that defendant, his former attorney, provided ineffective assistance by losing materials relevant to his defense. Defendant is located in Vacaville, California, which is also located in Solano County. Solano Count lies within the venue of the United States District Court for the Eastern District of California. As the parties and the events giving rise to this litigation are located in Solano County, venue for this civil rights action is proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on the application to proceed in forma pauperis is deferred to the Eastern District.

    The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: May   2  , 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE