UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD D. COHEN,<br><br>    Defendant. | No. 2:16-cv-0947 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On May 13, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was warned that failure to file an amended complaint would result in dismissal. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HERERBY RECOMMENDED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and

1 Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom0947.fta